No. 59. EVERETT FLINT DAMON EX REL. FONG HANG LEONG *v.* JOHN B. JOHNSON, COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the District of Massachusetts. Argued December 7, 1926. Decided December 13, 1926. *Per Curiam.* Affirmed upon the authority of *Chin Yow* v. *United States,* 208 U. S. 8, 11; *United States ex rel. Bilokumsky* v. *Tod,* 263 U. S. 149, 157; *United States ex rel. Tisi* v. *Tod,* 264 U. S. 131, 133. *Mr. Everett Flint Damon* for appellant. *Assistant to the Attorney General Donovan,* with whom *Solicitor General Mitchell* and *Mr. Harry S. Ridgely* were on the brief, for appellee.

No. 62. STATE OF UTAH *v.* HUBERT WORK, SECRETARY OF THE INTERIOR AND WILLIAM SPRY, COMMISSIONER OF THE GENERAL LAND OFFICE. Appeal from the Court of Appeals of the District of Columbia. Argued December 7, 8, 1926. Decided December 13, 1926. *Per Curiam.* Affirmed upon the authority of (1) *Louisiana* v. *Garfield,* 211 U. S. 70; *New Mexico* v. *Lane,* 243 U. S. 52; (2) *United States ex rel. Riverside Oil Co.* v. *Hitchcock,* 190 U. S. 316, 324; *United States ex rel. Ness* v. *Fisher,* 223 U. S. 683, 692; *United States ex rel. Hall* v. *Payne,* 254 U. S. 343. *Mr. Patrick H. Loughran,* with whom *Mr. Harvey H. Cluff* was on the brief, for appellant. *Mr. Ira E. Robinson,* with whom *Solicitor General Mitchell, Assistant Attorney General Parmenter,* and *Mr. George P. Barse* were on the brief, for appellees.

No. 64. JOHN F. JENKINS *v.* UNITED STATES. Appeal from the Court of Claims. Argued December 8, 9, 1926. Decided December 13, 1926. Affirmed upon the authority of (1) *Tempel* v. *United States,* 248 U. S. 121, 129; *United States* v. *North American Transportation and Trading*